**IT IS ORDERED as set forth below:**



**Date: February 22, 2017**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GUY G. GEBHARDT, ) | MISCELLANEOUS |
| ACTING UNITED STATES TRUSTEE, ) | PROCEEDING NO. 16-00504-LRC |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHARLES M. LANGEVIN, JR., ) | |
| ) | |
| DEFENDANT. ) | |

## SCHEDULING ORDER

Pursuant to Bankruptcy Local Rule 7016-1 and this Court's order entered January 25, 2017 (Dkt. No. 16), the parties met, conferred, and reached an agreement for a discovery schedule and other deadlines. Accordingly, it is hereby

**ORDERED** that the United States Trustee will respond to the Motion for Summary Judgment (Dkt. No. 10) no later than 21 days after the Court rules on the Motion to Dismiss (Dkt. No. 9); and it is

**FURTHER ORDERED** that the United States Trustee will reply to Defendant's counterclaim (Dkt. No. 8) no later than 35 days after the Court's ruling on the Motion to Dismiss (Dkt. No. 9); and it is

**FURTHER ORDERED** that discovery will commence on the date immediately following the Court's entry of the order disposing of the Motion for Summary Judgment (Dkt. No. 10); and it is

**FURTHER ORDERED** that the parties shall file motions to join other parties or amend pleadings no later than 28 days after discovery commences; and it is

**FURTHER ORDERED** that the parties shall designate expert witnesses no later than 28 days after discovery commences; and it is

**FURTHER ORDERED** that the parties shall complete discovery no later than 90 days after it commences; and it is

**FURTHER ORDERED** that the parties shall conduct discovery in accordance with applicable Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure, and Bankruptcy Local Rules, except as otherwise ordered by the Court or as specified herein; and it is

**FURTHER ORDERED** that the parties shall promptly bring discovery disputes before the Court only after making a good faith effort to resolve the dispute in accordance with BLR 7037-1(a); and it is

**FURTHER ORDERED** that the parties shall file motions to join other parties or amend pleadings no later than 28 days after discovery commences; and it is

**FURTHER ORDERED** that the parties shall file motions for summary judgment and other dispositive pleadings no later than 21 days after the close of discovery; and it is

**FURTHER ORDERED** that if no dispositive motions are filed, the parties shall submit a pretrial order within 28 days after the close of discovery; and it is

**FURTHER ORDERED** that if one or more dispositive motions are filed, the parties shall submit a pretrial order within 28 days of the Court's ruling on the same.

[END OF DOCUMENT]

**Order prepared by**:

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404) 331-4437
*jeneane.treace@usdoj.gov*

**Consented to by**:

*s/ Charles Langevin**
Charles M. Langevin Jr.
511 Trousseau Lane
McDonough GA  30252
(678) 490-5841
charleslangevin@yahoo.com

*Signed by J. Treace, with permission

DISTRIBUTION LIST

| Charles M. Langevin Jr._<br>511 Trousseau Lane<br>McDonough GA  30252 | Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Ted Turner Drive, S.W.<br>Atlanta, Georgia  30303 |
|---|---|