UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GUY G. GEBHARDT, ) | |
| ACTING UNITED STATES TRUSTEE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | MISCELLANEOUS |
| ) | PROCEEDING |
| vs. ) | NO. 16–00504 –LRC |
| ) | |
| CHARLES M. LANGEVIN, JR., ) | |
| ) | |
| DEFENDANT. ) | |

REPORT REGARDING SERVICE

On August 23, 2017, I served a copy of the United States Trustee's Response to Defendant's Motion for Summary Judgment (Dkt. No. 25) upon the defendant by First Class U.S. Mail to the address listed on his Request for Change of Address (Dkt. No. 22):

Charles M. Langevin Jr.
5060 Memorial Drive
Stone Mountain, GA  30083

On September 14, 2017, the item was returned, marked "NOT DELIVERABLE AS ADDRESSED."

*s/ Jeneane Treace*
R. Jeneane Treace
Trial Attorney
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404) 331-4437
*jeneane.treace@usdoj.gov*

1